UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **JOSEPH C. KELLY** | **CIVIL ACTION NO. 3:22-CV-109** |
| **VERSUS** | **JUDGE MCDONOUGH** |
| **TERRY CARNAHAN and CHEESEMAN, INC.** | **MAGISTRATE JUDGE POPLIN** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**MAY IT PLEASE THE COURT:**

Plaintiff CHRISTOPHER C. KELLY filed his Complaint before this Court on March 25, 2022 [Rec. Doc. 1]. Plaintiff hereby desires that this action be dismissed without prejudice as to all claims and causes of action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Plaintiff certifies that no party has served an answer or motion for summary judgment in accordance with Federal Rule of Civil Procedure 41(a)(i).

Dated: April 4, 2022   Respectfully submitted,

**DELIUS & MCKENZIE, PLLC**

By: /s/ *Bryce W. McKenzie*
BRYCE W. MCKENZIE, BPR #027415
124 Court Avenue, 2nd Floor
Sevierville, Tennessee 37862
Phone: (865) 428-8780
Fax: (865) 428-5254
bryce@deliusmckenzie.com

**COUNSEL FOR PLAINTIFF**